**NO. 27,388**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 196TH JUDICIAL DISTRICT |
| | § | |
| BOBBY JOE EVANS | § | OF HUNT COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/14/2015 8:01 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Bobby Joe Evens, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Defendant on April 09, 2015. This appeal is taken to the Sixth Court of Appeals in Texarkana, Texas

Respectfully submitted,

Elisha Hollis
2608 Stonewall Street
Greenville, Texas 75401
Tel: (903) 450-2473
Fax: (903) 200-1290

By: _____

Elisha Hollis
State Bar No. 24083189
Attorney for Bobby Joe Evens

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on May 5, 2015.

_____

Elisha Hollis
Attorney for Bobby Joe Evens



CASE NO. 27388          COUNT 1
INCIDENT NO./TRN: 9128232704 A001

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| BOBBY JOE EVENS | § | |
| | § | |
| STATE ID NO.: TX 02287538 | § | 196TH JUDICIAL DISTRICT |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, J. ANDREW BENCH ,Judge of the trial court certify this criminal case:

☑ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 04-09-2015.

HONORABLE J. ANDREW BENCH
196 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

X _____
Defendant (MUST SIGN)

_____
Attorney for Defendant

Mailing Address: _____

SBN: 0398 0955

Telephone number: _____

Address: 2000 E LAMAR BLVD, STE 600
ARLINGTON, TX 76006
Telephone Number: 817-909-1056
Fax Number: 682-262-1500

27388

1